

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00834-CV

**IN THE MATTER OF R.I.C.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED February 19, 2020.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice